UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIANE KELLOM,

                        Plaintiff,

          -against-                         25-CV-5811 (LTS)

CRAIG B. THOMPSON,                    ORDER OF DISMISSAL

                        Defendant.

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated July 21, 2025, the Court directed Plaintiff, within thirty days, to submit a completed request to proceed *in forma pauperis* ("IFP") or pay the $405.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint. On August 7, 2025, Plaintiff filed two documents: an "Affidavit of Notice Invoking the Common-Law Court Under Article III of the Constitution for the United States of America" and an "Affidavit of Notice Right to Fair & Impartial Trial." (ECF 7, 8.) Plaintiff has not filed an IFP application or paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

2

      The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:   September 3, 2025
           New York, New York

                                          /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                    Chief United States District Judge